UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KAYLA PHILLIPS,

              Plaintiff,

-against-

BARNEYS NEW YOK, INC., NYPD POLICE SGT.
ERICA TRIEBEL ( SHIELD # 4498) NYPD P.O.
BRIAN KUSTERER (SHIELD # 23990), NYPD
POLICE OFFCER/DET "JOHN DOE 1" MEMBERS
OF THE GRAND LARCERNEY SQUAD AND
NYPD POLICE OFFICER/DET "JOHN DOE 2 "
MEMBER OF THE GRAND LARCERNY SQUARD,

              Defendants.

CV 14-0820 (RJD) (JMA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

ANTHONY LOPEZ, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Roselle New Jersey.

2. On February 6, 2014, at approximately 3:24 p.m., I served a true and correct copy of the Notice of Filing of Notice of Removal and the papers attached thereto upon the Kings County Clerk, Supreme Court, Kings County, www.nycourts.gov/efile; Also served by electronic means was plaintiff's Counsel Kareem R. Vessup at kvessup@vessuplaw.com I also served the same document upon Christopher J. Murdoch at Corporation Counsel of the City of New York at 100 Church Street, New York, New York 11201, by leaving the document with Ms. Betty Mazych, the Service Window Clerk. Ms. Mazych can be described as a black Female approximately 55 years of age, 5'7" tall, 200 lbs., with black/gray hair and wearing glasses. Attached is a copy of the e-filing confirmation notice which appears on the State Court e-filing system.

3. The electronic services were made by uploading a PDF/A of said documents to the New York State electronic filing system under the State Supreme Court Index No. 503344/2013 in accordance with the Kings County Supreme Court's electronic filing procedures.

_____
Anthony Lopez

Sworn to before me this
7th day of February 2014.

_____
(Notary Public)

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Bronx County
Commission Expires February 28, 2015

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------- x

KAYLA PHILLIPS,

                Plaintiff,

-against-

BARNEYS NEW YORK, INC., NYPD POLICE
SGT. ERICA TRIEBEL (Shield #4498), NYPD P.O.
BRIAN KUSTERER (Shield #23990), NYPD
POLICE OFFICER/DET "JOHN DOE 1" member of
the Grand Larceny Squad and NYPD POLICE
OFFICER/DET "JOHN DOE 2" member of the
Grand Larceny Squad,

                Defendants.

-------------------------------------------------- x

Index No. 508175/2013

**NOTICE OF FILING OF NOTICE OF REMOVAL**

DEARIE, J.

To:    Clerk of the Court, Civil Division
        New York Supreme Court, County of Kings
        360 Adams Street, Room 189
        Brooklyn, New York 11201

        Christopher J. Murdoch
        Corporation Counsel of the City of New York
        100 Church Street
        New York, New York 10007

        Kareem R. Vessup
        The Law Offices of Kareem R. Vessup
        89-31 161st Street, Suite 705
        Jamaica, New York 11432

**PLEASE TAKE NOTICE** that Defendant Barneys New York, Inc. ("Barneys"), by its undersigned counsel, Proskauer Rose LLP, filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, with the Clerk of the United States District Court for the Eastern District of New York, to effect removal of this action to the United States District Court. Accordingly, no further proceedings should be had in this matter in the Supreme Court of the State of New York, County of Kings. A copy of the Notice of Removal is attached as Exhibit 1.

Dated: February 6, 2014

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
Kevin J. Perra
Howard Z. Robbins
Eleven Times Square
New York, New York 10036
kperra@proskauer.com
hrobbins@proskauer.com
Telephone: 212.969.3000

*Attorneys for Defendant*
*Barneys New York, Inc.*



# NYSCEF - Kings County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

Kayla Phillips - v. - BARNEYS NEW YORK, INC. et al

508175/2013

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 7 | NOTICE OF REMOVAL / REMAND | | 02/06/2014 05:01 PM |

## Filing User

Name: **HOWARD ZACHARY ROBBINS**
Phone
Fax #:

E-mail Address: hrobbins@proskauer.com
Work Address: **11 TIMES SQUARE
NEW YORK, NY 10036**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 02/06/2014 05:01 PM:

ROBBINS, HOWARD ZACHARY - hrobbins@proskauer.com
VESSUP, KAREEM R. - kvessup@vessuplaw.com

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**