UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KAYLA PHILLIPS,

                              Plaintiff,

-against-

BARNEYS NEW YORK, INC., NYPD POLICE SGT. ERICA TRIEBEL (Shield #4498), NYPD P.O. BRIAN KUSTERER (Shield #23990), NYPD POLICE OFFICER/DET "JOHN DOE 1" member of the Grand Larceny Squad and NYPD POLICE OFFICER/DET "JOHN DOE 2" member of the Grand Larceny Squad,

                              Defendants.

14-cv-0820 (RJD) (JMA)

**ECF Filing**

**NOTICE OF APPEARANCE OF COUNSEL**

To:    The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Keisha-Ann G. Gray of Proskauer Rose LLP appears in this action on behalf of Defendant BARNEYS NEW YORK, INC. All notices given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Date:    February 14, 2014
           New York, New York

PROSKAUER ROSE LLP

*/s/ Keisha-Ann G. Gray*
Keisha-Ann G. Gray, Esq.
Eleven Times Square
New York, New York 10036-8299
Telephone: 212.969.3000
Facsimile: 212.969.2900
kgray@proskauer.com
*Attorneys for Defendant*
*Barneys New York, Inc.*