

THE VESSUP LAW FIRM

August 22, 2014

**BY ECF**
Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

      Re:  Kayla Phillips v. Barneys New York, Inc., *et al*
      14-CV-820 (JMA)

Your Honor:

  I am writing to respectfully request that you schedule an in person settlement conference between Plaintiff and Defendant Barneys New York.

  Since our last conference settlement discussions have resumed and it is our belief that sitting down with you in person will likely result in a resolution of the outstanding matter between the parties.

  I have spoken with Mr. Robbins from Proskauer and he has advised me that he is available on August 27th after 2pm or at anytime on September 5th or 10th.  I am also available on those dates at those times.

  Thank you for your consideration in this matter.  I look forward to your response.

           Respectfully Submitted,

           _____/ s /_____
           Kareem R. Vessup

Cc: Howard Z. Robbins, Esq. (By ECF)
   Attorney for Defendant Barneys New York Inc.