# MINUTE ENTRY

**JOAN M. AZRACK, USMJ**  **DATE:** August 27, 2014

**DOCKET:** 14-cv-820 ~~(RJD)~~ (JMA)  **CASE:** Phillips v. Barneys New York, Inc.

☐ TELEPHONE    ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.    ☐ STATUS CONF.    ☐ (SETTLEMENT CONF.)    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court: ☐ 15   ☐ 30   ☐ 45   ☐ 60   (2 hr)   ☒ Other: ____

**FOR PLAINTIFF:** Kareem Vessup

**FOR DEFENDANT:** Kaisha-Ann Gray
Howard Robbins

**Order(s):**

Settlement on record

FTR: 3:35 - 3:39:20

☐ Next conference on _____    ☐ Telephone    ☐ In-Person