UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x

KAYLA PHILLIPS,

                                              Plaintiff,

-against-

BARNEYS NEW YORK, INC., et al.,

                                              Defendants.

-------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-820 (JMA)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| THE LAW OFFICES OF KAREEM R. VESSUP<br>*Attorneys for Plaintiff*<br>89-31 161st Street, Suite 705<br>Jamaica, New York 11432<br><br>By: _____<br>Kareem R. Vessup<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Schudde and*<br>  *Kusterer*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Patrick Beath<br>*Assistant Corporation Counsel*<br><br>SO ORDERED: |
| Dated: New York, New York<br>      Jan 30, 2015 | _____<br>HON. JOAN M. AZRACK<br>UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE |